UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PELKEY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CALIFORNIA LAKE COUNTY SUPERIOR COURT,<br><br>　　　　Respondent. | Case No. 21-05046 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner, a California state prisoner, filed a petition for a writ of habeas corpus in the Eastern District, which transferred the matter to this district on June 30, 2021.[1] Dkt. No. 6.  The Clerk sent two separate notices to Petitioner informing him that he must file a petition on the court form and submit an *in forma pauperis* ("IFP") application form or pay the filing fee within twenty-eight days from the date of the notices to avoid dismissal.  Dkt. Nos. 7, 9.  The deadline has passed, and Petitioner has failed to respond.  Furthermore, there has been no other communication from Petitioner.  Accordingly, the action is **DISMISSED** without prejudice for failure to file a proper petition and pay the filing fee.

The Clerk shall terminate all pending deadlines and close the case.

**IT IS SO ORDERED.**

Dated:  _September 13, 2021___

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\HC.21\05046Pelkey_dism-ifp&pet.docx

---

[1] The matter was reassigned to this Court after Petitioner failed to file consent to magistrate judge jurisdiction.  Dkt. No. 11.