UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PELKEY,<br><br>     Petitioner,<br><br>v.<br><br>CALIFORNIA LAKE COUNTY SUPERIOR COURT,<br><br>     Respondent. | Case No. 21-05046 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice.  Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  __September 13, 2021__

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.21\05046Pelkey_judgment.docx